JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS,

Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, in her official capacity as U.S. Secretary of the Interior,

Defendants.

Case No. 2:24-cv-02281-WLH-RAO

**JUDGMENT**

On May 12, 2025, the Court **GRANTED** Plaintiff's Motion for Summary Judgment (Docket No. 24) and **DENIED** Defendants' Motion for Summary Judgment (Docket No. 27). (Order Docket No. 47). Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Defendants' 12-Month Finding that listing the Joshua tree as a threatened species under the Endangered Species Act ("ESA") is not warranted, 88 Fed. Reg. 14536 (Mar. 9, 2023), is hereby **SET ASIDE** as arbitrary, capricious and contrary to
the ESA;

2. Defendants' 12-Month Finding is **REMANDED** to Defendant United States Fish and Wildlife Service for reconsideration in light of the Court's Order; and

3. **JUDGMENT** is entered for Plaintiff and against Defendants.

**IT IS SO ORDERED.**

Dated: July 7, 2025

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE