UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, in her official capacity as U.S. Secretary of the Interior,<br><br>Defendants. | Case No. 2:24-cv-02281-WLH-RAO<br><br>**ORDER RE STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS [53]** |

Based on the Joint Stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Joint Stipulation to Extend Plaintiff's Deadline to File Motions for Attorneys' Fees and Costs is **APPROVED**.

2. Plaintiff's deadline to seek this Court's leave to file motions for attorneys' fees and costs is continued up to and including October 3, 2025.

**IT IS SO ORDERED**.

Dated: July 11, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE