**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) Case No.: 2:24-cv-02281-WLH-RAO |
| | ) |
| Plaintiff, | ) **ORDER RE SECOND JOINT** |
| vs. | ) **STIPULATION [55]** |
| | ) |
| UNITED STATES FISH AND | ) |
| WILDLIFE SERVICE, and DOUG | ) |
| BURGUM, in his official capacity as | ) |
| U.S. Secretary of the Interior, | ) |
| | ) |
| Defendants. | ) |

Based on the Second Joint Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Second Joint Stipulation to Extend Plaintiff's Deadline to File Motions for Attorneys' Fees and Costs is **GRANTED**.

2. Plaintiff's deadline to seek this Court's leave to file motions for attorneys' fees and costs is continued to November 17, 2025.

**IT IS SO ORDERED.**

Dated: 9/15/2025    _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1