ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney
CA Bar No. 262113
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5129
Email: angela.mo@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) Case No.: 2:24-cv-02281-WLH-RAO |
| | ) |
| Plaintiff, | ) JOINT NOTICE OF RESOLUTION |
| vs. | ) OF ATTORNEYS' FEES AND COSTS |
| | ) |
| UNITED STATES FISH AND | ) |
| WILDLIFE SERVICE, and DOUG | ) |
| BURGUM, in his official capacity as | ) |
| U.S. Secretary of the Interior, | ) |
| | ) |
| Defendants. | ) |

Plaintiff WildEarth Guardians and Defendants, by and through their undersigned counsel, hereby notify this Court that the Parties have reached an out-of-court settlement regarding attorneys' fees and costs that represents a full and complete satisfaction of any and all attorneys' fees and costs incurred by Plaintiff in the above-captioned litigation to date.

1

Dated: March 31, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
NICOLE M. SMITH, Assistant Section Chief

*/s/ Angela Mo*
ANGELA MO, Trial Attorney
CA Bar No. 262113
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5129
Email: angela.mo@usdoj.gov

*Counsel for Defendants*

/s/ *Jennifer R. Schwartz*
JENNIFER R. SCHWARTZ
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
Telephone: (503) 780-8281
Email: jschwartz@wildearthguardians.org

*Counsel for Plaintiff*